STATE OF NEW JERSEY v. NANCY L. BORTON.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY RUSSO.

July 11, 1989.

Petition for certification denied.

NANCY POTTER v. VILLAGE SUPERMARKETS, INC., ET AL.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO SALVADOR.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX MARTINEZ.

July 11, 1989.

Petition for certification denied.